Before CHAMBERS, KOELSCH, and BROWNING, Circuit Judges.

PER CURIAM:

Schnepp, a Nevada prisoner, has been here before on habeas corpus on an appeal from the District of Nevada. Schnepp v. Hocker, 429 F.2d 1096. See also Schnepp v. State, 82 Nev. 257, 415 P.2d 619; Schnepp v. Fogliam, 83 Nev. 131, 425 P.2d 141; and Schnepp v. State, 84 Nev. 120, 437 P.2d 84.

This time he asserts there is an unconstitutional presumption against him in Nevada Revised Statutes § 205.065. The short and complete answer is the Nevada trial court did not use the presumption in its instructions.

The district court order appealed from is affirmed.

John C. Stahl, San Antonio, Tex., for plaintiff-appellant.

Jerry L. Buchmeyer, Dallas, Tex., for defendant-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Judgment affirmed. Donald v. Zack Meyer's T. V. Sales & Service, 426 F.2d 1027 (5th Cir. 1970), cert. denied 400 U. S. 992, 91 S.Ct. 459, 27 L.Ed.2d 441 (1971). See Local Rule 21.[1]

**O. W. DONALD, Plaintiff-Appellant,**

v.

**MOORE BUSINESS FORMS, INC., Defendant-Appellee.**

No. 30658

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

March 3, 1971.

**Jessie Mae JEFFCOAT, Appellee,**

v.

**K–MART DISCOUNT STORES, a Division of S. S. Kresge Company, Appellant.**

No. 15160.

United States Court of Appeals, Fourth Circuit.

Decided March 11, 1971.

---

* Rule 18, 5th Cir., See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.